# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JEDD JACKSON GRIMES, #274402, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 22-0199-CG-B |
| | ) |
| STEVE BILLY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b), because Grimes's complaint is frivolous, fails to state a claim upon which relief may be granted, and seeks monetary relief against a defendant immune from such relief. **DONE and ORDERED** this 5th day of July, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE